Judge Lindsay C. Jenkins

Magistrate Judge Schneider

FILED
APR -9 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

DAMIEN L. PONIUS

No. 24 CR 50014

Violation: Title 18, United States Code, Section 922(g)(1)

The SPECIAL MARCH 2024 GRAND JURY charges:

On or about November 23, 2023, at Rockford, Illinois, in the Northern District of Illinois, Western Division,

DAMIEN L. PONIUS,

defendant herein, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely,

a Taurus model PT738 TCP .380 caliber pistol with serial number 28458E

which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2024 GRAND JURY further alleges:

1.  Upon conviction of an offense in violation of Title 18, United States Code, Sections 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.  The property to be forfeited includes, but is not limited to, a Taurus model PT738 TCP .380 caliber pistol with serial number 28458E and associated ammunition.

A TRUE BILL:

FOREPERSON

ACTING UNITED STATES ATTORNEY